IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VIRGINIA BERNDT,

        Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

Case No. 20-cv-561-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul, against Virginia Berndt affirming the decision of the Commissioner's decision and dismissing this case.

| s/ V. Olmo, Deputy Clerk | 4/13/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |